Same case below, 421 Fed. Appx. 68.

**No. 11-5639. William D. Edgar, Petitioner v. United States.**

565 U.S. 917, 132 S. Ct. 336, 181 L. Ed. 2d 210, 2011 U.S. LEXIS 5905.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 431 Fed. Appx. 93.

**No. 11-5640. Douglas Giebel, Petitioner v. Mary Kay Bonilla, et al.**

565 U.S. 917, 132 S. Ct. 336, 181 L. Ed. 2d 210, 2011 U.S. LEXIS 6286.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 404 Fed. Appx. 184.

**No. 11-5642. Theodore Shove, et al., Petitioners v. United States District Court Judges, et al.**

565 U.S. 917, 132 S. Ct. 336, 181 L. Ed. 2d 210, 2011 U.S. LEXIS 5891,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 407 Fed. Appx. 494.

**No. 11-5643. Robert C. Flowers, Petitioner v. United States.**

565 U.S. 917, 132 S. Ct. 336, 181 L. Ed. 2d 210, 2011 U.S. LEXIS 6120.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 424 Fed. Appx. 302.

**No. 11-5644. Michael Kevin Johnson, Petitioner v. United States.**

565 U.S. 917, 132 S. Ct. 336, 181 L. Ed. 2d 210, 2011 U.S. LEXIS 5959.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 640 F.3d 638.

**No. 11-5646. Terry Reed, Petitioner v. United States.**

565 U.S. 917, 132 S. Ct. 336, 181 L. Ed. 2d 210, 2011 U.S. LEXIS 6328.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 421 Fed. Appx. 113.

**No. 11-5647. Tyrone Weaver, Petitioner v. Massachusetts.**

565 U.S. 917, 132 S. Ct. 337, 181 L. Ed. 2d 210, 2011 U.S. LEXIS 6000.

October 3, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.